UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MENDEL REIZES on behalf of himself
and all other similarly situated consumers,

                            Plaintiff,                           JUDGMENT
                                                                 17-CV-6411 (PKC)(PK)

           -against-

FAIRFAX SERVICING, LLC,

                            Defendant.
------------------------------------------------------------ X

        An Order of Honorable Pamela K. Chen, United States District Judge, having been filed on February 22, 2018, dismissing this action without prejudice, pursuant to Federal Rules of Civil Procedure 41(b); it is

        ORDERED and ADJUDGED that pursuant to Federal Rules of Civil Procedure 41(b), this action is dismissed without prejudice.

Dated: Brooklyn, NY                                              Douglas C. Palmer
February 23, 2018                                           Clerk of Court

                                                          By:  */s/Jalitza Poveda*
                                                                  Deputy Clerk